UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.  1:20-cv-22613-JEM

| | |
|---|---|
| HELEN SWARTZ, Individually, | : |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : |
| CG FAIRWINDS LLC, | : |
| a Florida Limited Liability Company, | : |
| and LENNOX MIAMI CORP., | : |
| a Florida Corporation, | : |
| | |
| Defendants. | |
| _____/ | |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of the settlement agreement and receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dated:  November 17, 2020           Respectfully submitted,

*/s/  Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (FBN 0180470)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Email: lfuller@fullerfuller.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of November, 2020, the foregoing was filed via the Court's CM/ECF system, which will automatically notice Counsel for the Defendant:

Rene J. Gonzalez-Llorens, Esq.
Douglas M. Kramer, Esq.
Shutts & Bowen, LLP
200 S. Biscayne Boulevard – Suite 4100
Miami, FL 33131
rgl@shutts.com
dkramer@Shutts.com

/s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq. (FBN 0180470)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Email: lfuller@fullerfuller.com

*Counsel for Plaintiff*