UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 20-22613-CV-JEM

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

CG FAIRWINDS LLC,
a Florida Limited Liability Company,
and LENNOX MIAMI CORP.,
a Florida Corporation,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

**THIS CAUSE** came before the Court upon the parties' notice of settlement. (DE 20). The parties advise that they have amicably resolved this matter and are finalizing settlement papers. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 60 days of the date of this Order**.

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of November 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE