UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.  1:20-cv-22613-JEM

HELEN SWARTZ, Individually,  :
:
          Plaintiff,  :
vs.  :
:
CG FAIRWINDS LLC,  :
a Florida Limited Liability Company,  :
and LENNOX MIAMI CORP.,  :
a Florida Corporation,  :

          Defendants.
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

FOR THE PLAINTIFF:                                         FOR THE DEFENDANT:


*/s/  Lawrence A. Fuller*                                         */s/  Rene J. Gonzalez-Llorens*
Lawrence A. Fuller, Esq.                                    Rene J. Gonzalez-Llorens, Esq.
(FBN 0180470)                                                  (FBN 53790)
Lfuller@fullerfuller.com                                      rgl@shutts.com
Fuller, Fuller & Associates, P.A.                        Douglas M. Kramer, Esq. -
12000 Biscayne Boulevard, Suite 502              dkramer@shutts.com
North Miami, FL 33181                                     Shutts & Bowen, LLP
Telephone: (305) 891-5199                              200 S. Biscayne Boulevard – Suite 4100
Facsimile:  (305) 893-9505                               Miami, FL  33131
                                                                  Telephone:  (305) 347-7337
Dated:  December 3, 2020                                Facsimile:  (305)347-7836

                                                                  Dated:  December 3, 2020