UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.  1:20-cv-22613-JEM

HELEN SWARTZ, Individually,                           :
                                                                              :
                    Plaintiff,                                           :
vs.                                                                         :
                                                                              :
CG FAIRWINDS LLC,                                          :
a Florida Limited Liability Company,              :
and LENNOX MIAMI CORP.,                            :
a Florida Corporation,                                       :

                    Defendants.
_____/

## ORDER OF DISMISSAL

Plaintiff, Mark Fultz and Defendant Lennox Miami Corp. (collectively, "the Parties"), having submitted a stipulation indicating this matter has been resolved and desiring that it be dismissed with prejudice and without award of costs or attorney fees to either party, and the Court being fully advised in the premises,

It is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE.** The parties shall bear their own costs and attorneys' fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of December, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE